1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATHAN LOMAX,

Plaintiff

v.

STATE OF NEVADA, et al.,

Defendants

Case No. 2:25-cv-01813-JAD-MDC

**ORDER**

On September 25, 2025, pro se plaintiff Nathan Lomax, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff did not pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. (*See* ECF No. 1). The Court will grant Plaintiff an extension of time to correct this defect.

**I.    DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

1  status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

2  that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

3  **II.    CONCLUSION**

4       It is therefore ordered that Plaintiff has **until December 2, 2025**, to either pay the

5  full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

6  three of the following required documents:

7            (i) a completed application with the inmate's two signatures on page 3,

8            (ii) a completed financial certificate that is signed both by the inmate and

9       the prison or jail official, and

10            (iii) a copy of the inmate's trust fund account statement for the previous six-

11       month period.

12       Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

13  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

14  to refile the case with the Court, under a new case number, when Plaintiff can file a

15  complete application to proceed *in forma pauperis* or pay the required filing fee.

16       The Clerk of the Court is directed to send Plaintiff this Court's approved form

17  application to proceed *in forma pauperis* for an inmate with instructions.

18

19       DATED: October 6, 2025

20

21  _____
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28